OPINION — AG — ** CAPITOL — MEDICAL CENTER IMPROVEMENT — ZONING — MANDATE ** UNDER ARTICLE V, SECTION 36 OF THE OKLAHOMA CONSTITUTION AND 73 O.S. 82.1 [73-82.1] ET SEQ., AS AMENDED, THE CAPITOL-MEDICAL CENTER IMPROVEMENT AND ZONING DISTRICT TO REQUIRE ALL STATE AGENCIES, STATUTORILY, OR CONSTITUTIONALLY CREATED, TO FOLLOW ZONING RULES AND REGULATIONS, AND BUILDING PERMITS REQUIREMENT PROMULGATED BY THE COMMISSION. (IMPROVEMENTS, CONSTRUCTION, GOVERNMENTAL, COMPREHENSIVE PLAN, AUTHORITY, JURISDICTION, PERMITS, APPROVAL) CITE: 70 O.S. 3306.14 [70-3306.14] — 70 O.S. 3307.18 [70-3307.18], 73 O.S. 82.1 [73-82.1] 73 O.S. 83.2 [73-83.2], 70 O.S. 13-7.4 [70-13-7.4], 73 O.S. 83.2 [73-83.2], ARTICLE V, SECTION 36 (VICTOR N. BIRD) ** SEE OPINION NO. 90-635 (1990)